```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09604
   DERRICK DOBBS
   YVETTA DOBBS                               CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1646     SSN XXX-XX-6633

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/26/2007 and was not confirmed.

      The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED          574.83           .00           .00
MIDWEST BANK              SECURED VEHIC        .00            .00           .00
MIDWEST BANK              UNSECURED            .00            .00           .00
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &   UNSECURED       NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &   UNSECURED       NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &   UNSECURED       NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         12658.62           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          150.20           .00           .00
CAPITAL ONE               UNSECURED         2110.79           .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        13690.00           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00           .00
PEOPLES GAS & LIGHT       UNSECURED         4461.69           .00           .00
PEOPLES GAS & LIGHT       UNSECURED       NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          867.60           .00           .00
TARGET NATIONAL BANK      UNSECURED          146.94           .00           .00
ZENITH ACQUISITIONS       UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        36755.24           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1354.54           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          174.15           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          203.44           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED            .00            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          406.16           .00           .00
B-REAL LLC                UNSECURED          701.30           .00           .00
JEFFERSON CAPITAL SYSTEM  NOTICE ONLY     NOT FILED           .00           .00
ECMC                      UNSECURED         1418.78           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,104.00                       623.77
TOM VAUGHN                TRUSTEE                                          46.23
DEBTOR REFUND             REFUND                                            .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09604 DERRICK DOBBS & YVETTA DOBBS
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   670.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                        623.77
TRUSTEE COMPENSATION                                   46.23
DEBTOR REFUND                                            .00
                     ---------------         ---------------
TOTALS                    670.00                      670.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/05/07          _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE